**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7154**

_____

JAMES EDWARD BROWN,

                              Petitioner - Appellant,

        versus

D. L. HOBBS, Warden, Jesup FCI,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (CA-01-2173-7-13BG)

_____

Submitted:  September 20, 2001        Decided:  October 9, 2001

_____

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Edward Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Edward Brown appeals the district court order adopting the magistrate judge's recommendation and dismissing his 28 U.S.C. § 2241 (1994) petition without prejudice. We have reviewed the record, the district court order and the magistrate judge's report and recommendation and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED